___FILED   ___RECEIVED
___ENTERED   ___SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 6, 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HRANT KASBARIAN,<br>aka "Harry Kasbarian,"<br><br>　　　　Defendant. | 2:22-CR-002-RFB-EJY<br><br>**Preliminary Order of Forfeiture** |

　　　This Court finds Hrant Kasbarian, aka "Harry Kasbarian," pled guilty to Count Three of a Three-Count Criminal Indictment charging him with engaging in the business and dealing in firearms without a license in violation of 18 U.S.C. §§ 922(a)(1)(A) and 923(a). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 35; Plea Agreement, ECF No. 36.

　　　This Court finds Hrant Kasbarian, aka "Harry Kasbarian," agreed to the forfeiture of the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegations of the Criminal Indictment. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 23; Change of Plea, ECF No. 35; Plea Agreement, ECF No. 36.

　　　This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegations of the Criminal Indictment and the offense to which Hrant Kasbarian, aka "Harry Kasbarian," pled guilty.

　　　The following property is (1) any firearm or ammunition involved in or used in any willful violation of 18 U.S.C. §§ 922(a)(1)(A) and 923(a) and (2) any firearm or ammunition

intended to be used in violation of 18 U.S.C. §§ 922(a)(1)(A) and 923(a) and is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) and 18 U.S.C. § 924(d)(1), (2)(C), and (3)(C) with 28 U.S.C. § 2461(c):

1. a Beretta, Pietro S.P.A. 92 Compact L 9mm pistol, bearing serial number F01541Z;
2. a Springfield Armory, Geneseo, Mil-Spec 1911A1 .45 pistol, bearing serial number NM622717;
3. H&K P305K 9mm pistol, bearing serial number 214-040570DE;
4. Beretta USA Corp 92FS 9mm pistol, bearing serial number BER288481;
5. Beretta USA Corp 92FS 9mm pistol, bearing serial number BER287289;
6. Beretta USA Corp 92FS 9mm pistol, bearing serial number BER288372;
7. Beretta USA Corp 92FS 9mm pistol, bearing serial number BER286328;
8. Beretta, Pietro S.P.A. 84F .380 acp pistol, bearing serial number D73141Y;
9. a Sig-Sauer P226 9mm Pistol, bearing serial number U300337;
10. Sig-Sauer P220 .38 Pistol, bearing serial number G231750;
11. Browning Hi Power 9mm pistol, bearing serial number 245NY74195;
12. Colt Officers Ultimate .45 Pistol, bearing serial number OU348;
13. Beretta USA Corp 950 BS .25 caliber pistol, bearing serial number BU80992V;
14. Colt Mustang Pocketlite .380 Pistol, bearing serial number PL09169;
15. Colt Mustang Plus II .380 Pistol, bearing serial number RS09543;
16. a Colt Mustang Nitelite .380 Pistol, bearing serial number PL36020;
17. a Colt Combat Commander 38 super pistol, bearing serial number 70SC71570;
18. a Israel Weapon Ind-IWI (Israel Military Ind-IMI) Desert Eagle .41/44 caliber pistol, bearing serial number 73127;
19. a Walther P38 9mm pistol, bearing serial number 501680;
20. a Walther P38 9mm pistol, bearing serial number 305322;
21. a Walther PPK/S .380 Pistol, bearing serial number 183935;
22. a Beretta, Pietro S.P.A. 418 Pistol, bearing serial number 13825C; and

      23. any and all compatible ammunition

(all of which constitutes property).

      This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

      This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

      NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Hrant Kasbarian, aka "Harry Kasbarian," in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n)(2).

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's

/ / /

right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>   Daniel D. Hollingsworth
>   Assistant United States Attorney
>   James A. Blum
>   Assistant United States Attorney
>   501 Las Vegas Boulevard South, Suite 1100
>   Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED June 6, 2022.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE