KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 W. Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074

*Attorney for Hrant Kasbarian*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HRANT KASBARIAN,<br><br>Defendants. | CASE NO. 2:22-cr-00002-RFB-EJY<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE**<br>**(First Request)** |

IT IS HEREBY STIPULATED by and between Kathleen Bliss, Esq., Counsel for Defendant Hrant Kasbarian, and Kimberly Sokolich, Assistant United States Attorney, that the Court vacate its current deadlines set for supplemental briefing in this case. The parties thus stipulate that Defendant's supplemental sentencing brief, due on September 28, 2022, be moved by this Court to October 3, 2022. Defendant agrees that the Government's response deadline be set by the Court on October 6, 2022. Sentencing is set on October 7, 2022, at 9:30 a.m. The reasons for this Stipulation are as follows:

1. On September 8, 2022, the Court continued sentencing until October 7, 2022, allowing the parties to file additional briefing after the Court noticed the parties that the Court was considering an upward departure from the Guideline Sentencing Range of 24 – 30 months. ECF No. 47.

2. Counsel for Defendant began trial on September 12, 2022, in United States v. Munoz,

Case No. 3:21-cr-0010-MMD. The trial concluded on September 16, 2022.

3. The following week, counsel for Defendant had to deal with a family circumstance requiring full attention that is ongoing.

4. Counsel for Defendant, while communicating with him throughout this case, needs additional time to do so before filing the supplemental briefing in order to satisfy her Sixth Amendment obligations.

5. Failure to grant this continuance would deny Counsel for the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

/s/ Kimberly Sokolich         /s/Kathleen Bliss
Kimberly Sokolich             Counsel for Hrant Kasbarian
Assistant U.S. Attorney

Dated this 27th day of September 2022.

**ORDER**

The Court, having considered the representations of the parties and finding good cause, ORDERS that Defendant shall have until October 3, 2022, to file any supplemental briefing and the Government shall have until October 6, 2022, to file any response. Sentencing shall remain set on ~~September~~ October 7, 2022, at 9:30 a.m.

DATED: September 27, 2022



THE HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE