ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702.474.4222
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:22-CR-00002-RFB-EJY |
| Plaintiff, | |
| vs. | |
| | ***STIPULATION TO CONTINUE*** |
| | ***SENTENCING HEARING*** |
| HRANT "HARRY" KASBARIAN, | (First Request) |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between JASON M. FRIERSON, United States Attorney, and KIMBERLY ANNE SOKOLICH, Assistant United States Attorney, counsel for the United States of America; and ROBERT M. DRASKOVICH, counsel for Defendant, HRANT "HARRY" KASBARIAN, that the sentencing hearing currently scheduled for Thursday, December 15, 2022 at 1:00p.m., be vacated and continued for thirty (30) days or to a date and time convenient to this Court.

/ / /

/ / /

/ / /

This request for a continuance is based on the following reasons:

1. Counsel for Mr. Kasbarian requires additional time to obtain past criminal records and to adequately prepare for sentencing.

2. The parties agree to the continuance.

3. Additional time requested by this Stipulation is made in good faith and not for purposes of delay.

4. Denial of this request for a continuance could result in a miscarriage of justice.

5. This is the first request for continuance of the sentencing hearing.

DATED this 12th day of December, 2022.

JASON M. FRIERSON
UNITED STATES ATTORNEY

Robert M. Draskovich                    Kimberly Anne Sokolich
/s/                                     /s/
ROBERT M. DRASKOVICH, ESQ.              Kimberly Anne Sokolich
Nevada Bar No. 6275                     Assistant United States Attorney
Attorney for Defendant                  Attorney for Plaintiff

ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702.474.4222
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO: 2:22-CR-00002-RFB-EJY |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| HRANT "HARRY" KASBARIAN, | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for Thursday, December 15, 2022 at 1:00p.m., be vacated and continued to January 30, 2023 at the hour of 1:00 PM.

DATED AND DONE this 13th day of December, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

/s/ Robert M. Draskovich
_____
Robert M. Draskovich, Esq.
Nevada Bar No. 6275
Attorney for Defendant