**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-002-RFB-EJY |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| HRANT KASBARIAN,<br>aka "Harry Kasbarian," | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 924(d)(1), (2)(C), and (3)(C) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Hrant Kasbarian, aka "Harry Kasbarian," to the criminal offense, forfeiting the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Hrant Kasbarian, aka "Harry Kasbarian," pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 23; Change of Plea, ECF No. 35; Plea Agreement, ECF No. 36; Preliminary Order of Forfeiture, ECF No. 37.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from June 14, 2022, through July 13, 2022, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 43-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Beretta, Pietro S.P.A. 92 Compact L 9mm pistol, bearing serial number F01541Z;
2. a Springfield Armory, Geneseo, Mil-Spec 1911A1 .45 pistol, bearing serial number NM622717;
3. H&K P305K 9mm pistol, bearing serial number 214-040570DE;
4. Beretta USA Corp 92FS 9mm pistol, bearing serial number BER288481;
5. Beretta USA Corp 92FS 9mm pistol, bearing serial number BER287289;
6. Beretta USA Corp 92FS 9mm pistol, bearing serial number BER288372;
7. Beretta USA Corp 92FS 9mm pistol, bearing serial number BER286328;
8. Beretta, Pietro S.P.A. 84F .380 acp pistol, bearing serial number D73141Y;
9. a Sig-Sauer P226 9mm Pistol, bearing serial number U300337;
10. Sig-Sauer P220 .38 Pistol, bearing serial number G231750;
11. Browning Hi Power 9mm pistol, bearing serial number 245NY74195;
12. Colt Officers Ultimate .45 Pistol, bearing serial number OU348;
13. Beretta USA Corp 950 BS .25 caliber pistol, bearing serial number BU80992V;

14. Colt Mustang Pocketlite .380 Pistol, bearing serial number PL09169;

15. Colt Mustang Plus II .380 Pistol, bearing serial number RS09543;

16. a Colt Mustang Nitelite .380 Pistol, bearing serial number PL36020;

17. a Colt Combat Commander 38 super pistol, bearing serial number 70SC71570;

18. a Israel Weapon Ind-IWI (Israel Military Ind-IMI) Desert Eagle .41/44 caliber pistol, bearing serial number 73127;

19. a Walther P38 9mm pistol, bearing serial number 501680;

20. a Walther P38 9mm pistol, bearing serial number 305322;

21. a Walther PPK/S .380 Pistol, bearing serial number 183935;

22. a Beretta, Pietro S.P.A. 418 Pistol, bearing serial number 13825C; and

23. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED __January 30_____, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE