**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-002-RFB-EJY |
| Plaintiff, | **Order** |
| v. | |
| HRANT KASBARIAN,<br>aka "Harry Kasbarian," | |
| Defendant. | |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America's interests and rights expired in:

1. a Beretta, Pietro S.P.A. 92 Compact L 9mm pistol, bearing serial number F01541Z;

2. a Springfield Armory, Geneseo, Mil-Spec 1911A1 .45 pistol, bearing serial number NM622717;

3. H&K P305K 9mm pistol, bearing serial number 214-040570DE;

4. Beretta USA Corp 92FS 9mm pistol, bearing serial number BER288481;

5. Beretta USA Corp 92FS 9mm pistol, bearing serial number BER287289;

6. Beretta USA Corp 92FS 9mm pistol, bearing serial number BER288372;

7. Beretta USA Corp 92FS 9mm pistol, bearing serial number BER286328;

8. Beretta, Pietro S.P.A. 84F .380 acp pistol, bearing serial number D73141Y;

9. a Sig-Sauer P226 9mm Pistol, bearing serial number U300337;

10. Sig-Sauer P220 .38 Pistol, bearing serial number G231750;

11. Browning Hi Power 9mm pistol, bearing serial number 245NY74195;

12. Colt Officers Ultimate .45 Pistol, bearing serial number OU348;

13. Beretta USA Corp 950 BS .25 caliber pistol, bearing serial number BU80992V;

14. Colt Mustang Pocketlite .380 Pistol, bearing serial number PL09169;

15. Colt Mustang Plus II .380 Pistol, bearing serial number RS09543;

16. a Colt Mustang Nitelite .380 Pistol, bearing serial number PL36020;

17. a Colt Combat Commander 38 super pistol, bearing serial number 70SC71570;

18. a Israel Weapon Ind-IWI (Israel Military Ind-IMI) Desert Eagle .41/44 caliber pistol, bearing serial number 73127;

19. a Walther P38 9mm pistol, bearing serial number 501680;

20. a Walther P38 9mm pistol, bearing serial number 305322;

21. a Walther PPK/S .380 Pistol, bearing serial number 183935;

22. a Beretta, Pietro S.P.A. 418 Pistol, bearing serial number 13825C; and

23. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Preliminary Order of Forfeiture, ECF No. 37, and the Final Order of Forfeiture, ECF No. 77, entered in this case are vacated.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the above-named property will not revert back to defendant Hrant Kasbarian, aka "Harry Kasbarian," and/or any person(s) acting in concert with him and/or on his behalf.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: ___8/22/2025_____

2